U.S. District Court
1 N Palofox st
Pensacola, Fl 32502

William Peterson
AKA the boltman.com
AKA Petersprintshop.com
AKA PeoplesRights association.com
AKA VERSES

3:21-cv-1223-BJD-JBT

FILED
2021 DEC 14 AM 11:39

Legal/Huge Domains.com
2635 Walnut st
Denver, Co 90205

Register.com
5335 Parkway 1-866 455 1655
Jacksonville, Fl       p   Email partnersupport@register.co
32256

Complaint

Comes now William Peterson and gocl
and says, Useing your services
"valationp Amendment IV I Right to steal
Does not give you Right to steal
My trade Names Petitioner seseks Excess
of 100,000 per name and others
Damages excess 500,000. The Petitioner
seeks a trail of Jury.   William Peterson

William Peterson
Nov 2, 2021

CC the U.S.A.   Certeficate f service
I William Peterson certify a true copy sent to Email
address Legal Huge Domains.com, Partnersupport@register.com