I had the Vollman.com for 25-30 years & twice my trash and & steal it for your have no right take my trash — Ron — Ron

**THE BOLT MAN.com**
5141 West Jackson Street
Pensacola, Florida 32506

**ATTENTION PURCHASING DEPT.**